JUDGMENT

================================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

-  -  -  -  -  -  -  -  -  -

NO. 01-55222
CT/AG#: CV-00-05850-MMM-(SH)

MANDREEL SMITH

        Petitioner - Appellant

   v.

A. A. LAMARQUE

        Respondent - Appellee



FILED
CLERK, U S DISTRICT COURT

JUL - 8 2002

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT

JUL - 1 2002

DISTRICT OF CALIFORNIA

-  -  -  -  -  -  -  -  -  -

APPEAL FROM the United States District Court for the Central District of California, Los Angeles .

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the Central District of California, Los Angeles and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED.

Filed and entered   March 25, 2002



JUl -8

A TRUE COPY
ATTEST    6/27/02

CATHY A. CATTERSON
Clerk of Court

by:_____
Deputy Clerk

DOCKETED

ORIGINAL

**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

**F I L E D**

**MAR 2 5 2002**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

---

MANDREEL SMITH,

    Petitioner-Appellant,

v.

A.A. LAMARQUE,

    Respondent-Appellee.

No. 01-55222

D.C. No. CV-00-05850-MMM

MEMORANDUM*

---

Appeal from the United States District Court
for the Central District of California
Margaret M. Morrow, District Judge, Presiding

Submitted March 11, 2002**

Before:    CANBY, BEEZER and PAEZ, Circuit Judges.

Mandreel Smith appeals pro se the district court's denial of his 28 U.S.C.

§ 2254 petition, challenging his jury trial conviction and 35 years-to-life sentence

---

    * This disposition is not appropriate for publication and may not be cited to or
by the courts of this circuit except as may be provided by 9th Cir. R. 36-3.

    ** This panel unanimously finds this case suitable for decision without oral
argument. *See* Fed. R. App. P. 34(a)(2). Smith's request for oral argument is
denied.

for first degree murder with use of a firearm. We have jurisdiction pursuant to 28 U.S.C. § 2253. We review a district court's denial of a § 2254 petition de novo, *Alvarado v. Hill*, 252 F.3d 1066, 1068 (9th Cir. 2001), and we affirm.

Smith contends that the evidence was insufficient to sustain his conviction of murder with premeditation and deliberation. Under the AEDPA, we may disturb a state court's legal conclusion only if it was "contrary to" or "involved an unreasonable application of" clearly established law as determined by the U.S. Supreme Court. *See* 28 U.S.C. § 2254(d). To be unreasonable, a state court's application of federal law must have been clearly erroneous. *Van Tran v. Lindsey*, 212 F.3d 1143, 1152-54 (9th Cir.), *cert. denied*, 531 U.S. 944 (2000).

To demonstrate insufficiency of the evidence, Smith must show that, construing the evidence in the light most favorable to the verdict, a rational trier of fact could not have found proof of guilt beyond a reasonable doubt. *See Jackson v. Virginia*, 443 U.S. 307, 324 (1979). We are satisfied that the evidence was sufficient to support the jury's conclusion that Smith acted with premeditation and deliberation. *See People v. Perez*, 831 P.2d 1159, 1163-66 (Cal. 1992) (noting premeditation and deliberation can occur in brief period of time, and may be inferred from planning activity, motive, and manner of killing) (citing, *inter alia*,

2

*People v. Anderson*, 447 P.2d 942 (Cal. 1968)).  The state court's decision was not unreasonable.

**AFFIRMED.**

A TRUE COPY
ATTEST        6/27/02

CATHY A. CATTERSON
Clerk of Court

by:

Deputy Clerk

3

STAFF ORALSC
CLOSED
i

INTERNAL USE ONLY: Proceedings include all events.
01-55222 Smith v. Lamarque

MANDREEL SMITH                          Mandreel Smith
    Petitioner - Appellant             REG K-15079
                                        [NTC prs]
                                        SALINAS VALLEY STATE PRISON
                                        P.O. Box 1030
                                        Soledad, CA 93960


    v.


A. A. LAMARQUE                          Teresa Torreblanca, Esq.
    Respondent - Appellee              213/897-2000
                                        Suite 500
                                        [COR LD NTC dag]
                                        Jaime L. Fuster, Esq.
                                        FAX 213-897-6496
                                        213-897-2000
                                        Suite 500
                                        [COR LD NTC dag]
                                        CAAG - Office of Attorney
                                        General
                                        300 South Spring Street
                                        Los Angeles, CA 90013-1204